## LIST OF EXHIBITS

Exhibit A.   Plaintiff's Complaint filed on September 14, 2009

Exhibit B.   Order of Dismissal of TS Holdings, Inc. dated November 17, 2010

Exhibit C.   Answer to Count I

Exhibit D.   Affidavit of Barry Schwab

Exhibit E.   Affidavit of Frederick Fehlauer

Exhibit F.   Patent No. 7,418,474B2

Exhibit G.   Drawings and/or notes of Defendant, Barry Schwab, as it pertains to Patent Nos. 7,418,474B2.

Exhibit H.   Plaintiff's deposition testimony

Exhibit I.   Incomplete Assignment forms dated October 22, 2008

Exhibit J.   January 6, 2009 stock certificate #003 of TS Holdings, Inc.

Exhibit K.   Combined Declaration and Power of Attorney

Exhibit L.   Consulting Agreement between TruckScan, LLC and TeleScan Technologies, LLC

Exhibit M.   Dissolution of TS Holdings, Inc. (I)

Exhibit N.   Incorporation of T. S. Holdings, LLC

Exhibit O.   Corporate records of I.D. Resources, Inc.

Exhibit P.   Marketing brochure of I.D. Resources, Inc.

Exhibit Q.   Agency agreement between Frederick Fehlauer and TS Holdings, Inc. (II)